IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND,<br><br>        Plaintiff,<br><br>  v.<br><br>LOTUS GENERAL CONTRACTORS INC.,<br><br>        Defendant.<br>_____/ | No. C 06-04212 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 1, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 15, 2006.

DESIGNATION OF EXPERTS: 11/3/06; REBUTTAL: 11/20/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 15, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by January 19, 2007;

    Opp. Due February 2, 2007;  Reply Due February 9, 2007;

    and set for hearing no later than February 23, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 27, 2007 at 3:30 PM.

COURT TRIAL DATE: April 9, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be one days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties anticipate that this case will settle.  The parties shall inform the Court by the end of October 2006, on whether or not a settlement has been reached.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/11/06

                                              SUSAN ILLSTON
                                              United States District Judge